**E-filed 5/2/07**

1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 | MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

4 | BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5059

7 | Facsimile: (408) 535-5066
Email: benjamin.t.kennedy@usdoj.gov

8

Attorneys for the United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,    )    No.    CR 07-00187 JF
        )

15 |     Plaintiff,    )    STIPULATION AND [~~PROPOSED~~]
        )    ORDER EXCLUDING TIME FROM

16 | v.    )    APRIL 25, 2007 TO MAY 23, 2007 FROM
        )    THE SPEEDY TRIAL ACT

17 | DANIEL E. RANGEL-MARTINEZ,    )    CALCULATION (18 U.S.C. §
        )    3161(h)(8)(A))

18 |         )

19 |     Defendant.    )
_____)

20 |     On April 25, 2007 the parties appeared for a hearing before this Court.  At that hearing,

21 | defense counsel requested an exclusion of time under the Speedy Trial Act based upon defense

22 | counsel's need to effectively prepare by reviewing the defendant's A file and other discovery

23 | materials submitted by the government.  At that time, the Court set the matter for a hearing on

24 | May 23, 2007.

25 |     The parties stipulate that the time between April 25, 2007 and May 23, 2007 is excluded

26 | under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

27 | continuance would unreasonably deny defense counsel reasonable time necessary for effective

28 | preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §3161(h)(8)(A).

DATED: April 25, 2007                          SCOTT N. SCHOOLS
                                               United States Attorney


                                                /s/
                                               _____
                                               BENJAMIN T. KENNEDY
                                               Assistant United States Attorney


                                                 /s/
                                               _____
                                               LARA VINNARD
                                               Assistant Federal Public Defender

2

1

## **ORDER**

2      Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3   ORDERS that the time between April 25, 2007 and May 23, 2007 is excluded under the Speedy

4   Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance

5   would unreasonably deny defense counsel reasonable time necessary for effective preparation,

6   taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of

7   justice served by granting the requested continuance outweigh the best interest of the public and

8   the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court

9   therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

10

11  IT IS SO ORDERED.

12  DATED:    5/2/07

13  _____
    JEREMY FOGEL
    UNITED STATES DISTRICT JUDGE