**E-filed 5/21/07**

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00187 JF |
| Plaintiff, ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. ) | |
| DANIEL ERNESTO RANGEL-MARTINEZ, ) | |
| Defendant. ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, May 23, 2007, be continued to Wednesday, June 13, 2007, at 9:00 a.m.

The continuance is requested because the defense requires additional time for investigation.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00187 JF                    1

1 | Dated:     5/18/07                              _____/s/_____
                                                    LARA S. VINNARD
2 |                                                 Assistant Federal Public Defender

3 | Dated:     5/18/07                              _____/s/_____
                                                    BENJAMIN KENNEDY
4 |                                                 Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for May 23, 2007, to allow time for the defense to continue investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for May 23, 2007, be continued to June 13, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 23, 2007, to June 13, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:    5/21/07                                   _____
                                                    JEREMY FOGEL
                                                    United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00187 JF                          2